UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCJA STACHURSKA,

                            Plaintiff,

            -against-

SSA 48TH ST.; SSA 12TH STR.,

                            Defendants.

25-CV-2214 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 12, 2025, the Court granted Plaintiff 60 days' leave to file an amended complaint. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for failure to exhaust her administrative remedies with the Social Security Administration.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this action.

SO ORDERED.

Dated:    February 24, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                   Chief United States District Judge