UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCJA STACHURSKA,

                    Plaintiff,

          -against-

SSA 48TH ST.; SSA 12TH STR.,

                    Defendants.

25-cv-2214 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 24, 2026, order, this action is dismissed without prejudice for failure to exhaust her administrative remedies with the Social Security Administration.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 2, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge